UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRISTOPHER GILYARD,　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 4146 (JG)
　　　　　　　　　Plaintiff,

　-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

　　　　　　　　　Defendant.
---------------------------------------------------------------X

　　　　An Order of Honorable John Gleeson, United States District Judge, having been filed on July 25, 2005, granting defendant's motion; reversing the Commissioner's decision; remanding plaintiff's application for benefits; directing the Administrative Law Judge to develop and consider the evidence with respect to the apparent mental impairments plaintiff may have; and requesting that the defendant provide plaintiff with a copy of the transcript of the oral argument; it is

　　　　ORDERED and ADJUDGED that defendant's motion is granted; that the Commissioner's decision is reversed; that plaintiff's application for benefits is remanded; that the Administrative Law Judge is directed to develop and consider the evidence with respect to the apparent mental impairments plaintiff may have; and that the Court requests that the defendant provide plaintiff with a copy of the transcript of the oral argument.


Dated: Brooklyn, New York
　　　　July 26, 2005
　　　　　　　　　　　　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court